**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MILTON WILLIAMS,**

**Plaintiff,**

**- against -**

**STATUS AUDIO LLC,**

**Defendant.**

**26-cv-5899 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

The plaintiff had ninety days—until October 11, 2026—to serve the summons and complaint on the defendant Status Audio LLC. Fed. R. Civ. P. 4(m). The plaintiff failed to serve the defendant by that date.

The time to serve the defendant is extended until **November 9, 2026**. If service is not made by November 9, 2026, the plaintiff's claims against Status Audio LLC may be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:** **New York, New York**
**October 20, 2026**

**John G. Koeltl**
**United States District Judge**