UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILTON WILLIAMS,

Plaintiff,

- against -

STATUS AUDIO LLC,

Defendant.

26-cv-5899 (JGK)

Order

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the original time for the defendant to answer or otherwise respond to the complaint was October 16, 2026. ECF No. 7. To date, the defendant has failed to answer or otherwise respond to the complaint.

The time to answer or otherwise respond to the complaint is extended until **November 11, 2026**. If the defendant fails to answer by that date, the plaintiff may move for a default judgment against the defendant, by order to show cause and in accordance with Federal Rule of Civil Procedure 55 and Local Civil Rules 55.1 and 55.2, no later than **November 21, 2026**. If the plaintiff fails to move for a default judgment by that date, the case may be dismissed without prejudice for failure to prosecute. The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **October 26, 2026**.

SO ORDERED.

Dated: New York, New York
October 21, 2026

John G. Koeltl
United States District Judge