UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MILTON WILLIAMS,

Plaintiff(s)

26 civ 5899 (JGK)

-against-

STATUS AUDIO LLC,

Defendant(s).
-----------------------------------------------------------X

**ORDER**

The conference scheduled for Wednesday, November 4, 2026, at 4:00pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
October 27, 2026